UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

7:16-MJ-1067

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANIER, WILLIAM | ) | |

1. The United States of America, by and through the Acting United States Attorney for the Eastern District of North Carolina, has moved the Court to strike the bench warrant in the above-captioned matter.

2. After due consideration, the Court hereby STRIKES the bench warrant in this case.

So ORDERED this __3__ day of __May__, 2016.

Robert B. Jones, Jr.
United States Magistrate Judge